FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

JUN 21 2019

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE:

APPLICATION OF EURASIAN NATURAL RESOURCES CORPORATION LIMITED FOR AN ORDER UNDER 28 U.S.C. § 1782 TO TAKE DISCOVERY FROM PHILLIP VAN NIEKERK

Applicant.

Case No. PJM 19 CV 1843

## APPLICATION FOR AN ORDER UNDER 28 U.S.C. § 1782 TO TAKE DISCOVERY FROM PHILLIP VAN NIEKERK

HOGAN LOVELLS US LLP

Michael A. Burns
District of Maryland Bar #20687
100 International Drive
Baltimore, MD 21202
michael.burns@hoganlovells.com
+1 410 659 2700

and

Briana L. Black
District of Maryland Bar #28656
Columbia Square
555 Thirteenth Street NW
Washington, DC 20036
briana.black@hoganlovells.com
+1 202 637 5600

and

Pieter Van Tol
390 Madison Avenue
New York, New York 10017

*Attorneys for Applicant Eurasian Natural Resources Corporation Limited*

Based on the accompanying Memorandum of Law and Declaration of Michael Gordon Roberts dated June 13, 2019 (the "Roberts Declaration"), applicant Eurasian Natural Resources Corporation Limited ("ENRC") respectfully applies to this Court for an order pursuant to 28 U.S.C. § 1782 ("Section 1782") allowing ENRC to take discovery from Phillip van Niekerk ("van Niekerk"), a Maryland resident, for use in the proceeding brought by ENRC and currently pending before the English court (the "English Proceeding"), which is described more fully in the accompanying papers.

This application (the "Application") meets the three requirements set forth in Section 1782 because (1) the party from whom discovery is sought, van Niekerk, resides in this District; (2) the documents and deposition testimony requested are "for use" in the English Proceeding; and (3) ENRC is the claimant in the English Proceeding and, as such, it qualifies as "an interested person" for purposes of Section 1782.

The four discretionary factors established in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), also weigh in favor of allowing the discovery sought by ENRC. *First*, van Niekerk is not a participant in the English Proceeding. *Second*, the English legal system is receptive to assistance from the U.S. courts and the evidence obtained from van Niekerk would aid in the resolution of the English Proceeding. *Third*, ENRC has a good-faith basis for seeking discovery from van Niekerk and there is no evidence that allowing the discovery would circumvent any proof-gathering restrictions or policies. *Fourth*, the discovery requests are not unduly burdensome or intrusive. To the contrary, ENRC has narrowly tailored the discovery to the issues in the English Proceeding and the proposed subpoena focuses on van Niekerk's role in connection with four alleged leaks by the defendant in the English Proceeding, the Serious Fraud Office of the Government of the United Kingdom.

For each of these reasons, as well as the reasons set forth in the accompanying papers, ENRC respectfully requests that the Court grant the Application and allow ENRC to serve van Niekerk with the subpoena attached to the Roberts Declaration as Exhibit 8.

Dated: June 21, 2019

Respectfully submitted,

HOGAN LOVELLS US LLP

By: _____

Michael A. Burns
District of Maryland Bar #20687
100 International Drive
Baltimore, MD 21202
michael.burns@hoganlovells.com
+1 410 659 2700

and

Briana L. Black
District of Maryland Bar #28656
Columbia Square
555 Thirteenth Street NW
Washington, DC 20036
briana.black@hoganlovells.com
+1 202 637 5600

and

Pieter Van Tol
390 Madison Avenue
New York, New York 10017

*Attorneys for Applicant Eurasian Natural Resources Corporation Limited*