# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE:<br><br>APPLICATION OF EURASIAN NATURAL RESOURCES CORPORATION LIMITED FOR AN ORDER UNDER 28 U.S.C. § 1782 TO TAKE DISCOVERY FROM PHILLIP VAN NIEKERK<br><br>Applicant. | Case No. 8:19-cv-01843-PJM |

## MOTION FOR ADMISSION PRO HAC VICE OF PIETER VAN TOL

I, Michael A. Burns, am a member in good standing of the bar of this Court. I am moving for the admission of Pieter Van Tol to appear *pro hac vice* in this case as counsel for applicant Eurasian Natural Resources Corporation Limited.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

    - New York State (admitted Nov. 20, 1995)

    - U.S. District Court-Southern District of New York (admitted Aug. 6, 1996)

    - U.S. District Court-Eastern District of New York (admitted Nov. 17, 2008)

    - U.S. District Court-Western District of New York (admitted May 26, 2017)

    - U.S. Court of Appeals-2nd Circuit (admitted Oct. 6, 2004)

    - United States Supreme Court (admitted July 30, 2007)

3. The proposed admittee has not been admitted *pro hac vice* in this Court during the twelve months immediately preceding this motion.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

7. The undersigned movant is also a member of this Court in good standing, and will serve as co-counsel in these proceedings.

8. The $100.00 fee for admission *pro hac vice* accompanies this motion.

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ | /s/ |
| Michael A. Burns | Pieter Van Tol |
| District of Maryland Bar #20687 | New York Bar # NY-2713014 |
| HOGAN LOVELLS US LLP | HOGAN LOVELLS US LLP |
| 100 International Drive | 390 Madison Avenue |
| Baltimore, MD 21202 | New York, New York 10017 |
| michael.burns@hoganlovells.com | pieter.vantol@hoganlovells.com |
| T: +1 410 659 2700 | T: +1 212 918 3000 |
| F: +1 410 659 2701 | F: +1 212 918 3100 |
|  | (signed by Michael A. Burns with permission of Pieter Van Tol) |

## **CERTIFICATE OF SERVICE**

I certify that on June 25, 2019, the foregoing document was electronically filed in this case and service made to all counsel of record via ECF.

Dated:  June 25, 2019                                         /s/                    
                                                                    Michael A. Burns