IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE:<br><br>APPLICATION OF EURASIAN NATURAL RESOURCES CORPORATION LIMITED FOR AN ORDER UNDER 28 U.S.C. § 1782 TO TAKE DISCOVERY FROM PHILLIP VAN NIEKERK<br><br>Applicant. | [~~PROPOSED~~] ORDER<br><br>Case No. PJM 19-1843 |

Applicant Eurasian Natural Resources Corporation Limited ("ENRC") filed this application for an order pursuant to 28 U.S.C. § 1782 authorizing it to take discovery from Phillip van Niekerk, who is found in the District of Maryland, for use in foreign proceedings (the "Application"). For the reasons set forth in the Application, and for good cause shown, it is hereby:

**ORDERED** that the Application is **GRANTED**; and

It is further **ORDERED** that ENRC is authorized to serve Phillip van Niekerk with the subpoena attached to the Declaration of Michael Gordon Roberts as Exhibit 8; and

It is further **ORDERED** that Phillip van Niekerk is directed to provide deposition testimony on July 30, 2019 (or a date to be mutually agreed to by Mr. van Niekerk and ENRC), and to produce the documents in his position, custody, and control, as requested in the subpoena, by no later than 14 days before the date of the deposition.

So ordered on this 9 day of July, 2019.

_____
United States District Judge