

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

December 10, 2021

**Via ECF**

Honorable Peter J. Messitte
United States District Judge
United States District Court
District of Maryland
6500 Cherrywood Lane, Suite 475A
Greenbelt, MD 20770

Re:    *In re Application of Eurasian Natural Resources Corp.*, 8:19-cv-01843-PJM

Dear Judge Messitte:

On behalf of Applicant Eurasian Natural Resources Corporation ("ENRC"), I write in response to the Court's Order of November 24, 2021 and to provide the Court with an update in the above matter.

ENRC will be moving to amend its application because of procedural developments in the English proceeding that was the basis of its request for an order pursuant to 28 U.S.C. § 1782. ENRC sought to take the testimony of Mr. van Niekerk in connection with a proceeding captioned *ENRC v. The Directors of the Serious Fraud Office*, BL-2019-000613 (the "Original English Proceeding"). (*See* Declaration of Michael Gordon Roberts, dated June 21, 2019, Ex. 1.) However, the ENRC claims to which Mr. van Niekerk's testimony would relate are no longer part of the Original English Proceeding, and they are now going forward in a new proceeding that will not be tried until late 2022, at the earliest.  Therefore, ENRC will need to amend its application and will seek an order from the Court allowing it to take testimony in connection with the new proceeding in England.  ENRC expects to file the amended application shortly.

Counsel for Mr. van Niekerk (who is copied here) has informed us that Mr. van Niekerk reserves all rights with respect to any amended application.

Honorable Peter J. Messitte	December 10, 2021
Page 2

Respectfully submitted,

*/s/ Pieter Van Tol*

Pieter Van Tol
Partner
pieter.vantol@hoganlovells.com
D 1 212 909 0661

cc:	Joshua A. Levy, Esq. (via e-mail)
	Counsel for Mr. van Niekerk