## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE:<br><br>APPLICATION OF EURASIAN NATURAL RESOURCES CORPORATION LIMITED FOR AN ORDER UNDER 28 U.S.C. § 1782 TO TAKE DISCOVERY FROM PHILLIP VAN NIEKERK<br><br>Applicant. | Case No. 8:19-cv-1843-PJM |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE of the substitution of counsel for Applicant Eurasian Natural Resources Corporation ("ENRC") in this case.  Please enter the appearance of Allison J. Caplis and strike the appearance of Michael A. Burns as counsel for ENRC.  Allison J. Caplis certifies that she is admitted to practice in this Court.  Pieter Van Tol will continue to serve as co-counsel for ENRC.

Dated: January 28, 2022

Respectfully submitted,

*/s/ Allison J. Caplis*
District of Maryland Bar #27539
Hogan Lovells US LLP
100 International Drive
Suite 2000
Baltimore, MD 21202

*Counsel for Applicant ENRC*

\\BA - 142800/000089 - 907543 v1