| | |
|---|---|
| From: | "Mark Hollingsworth" <markhollingsworthxx@gmail.com> |
| To: | "Phillip Van Niekerk" <phillip@calabarconsulting.co.za> |
| Date: | 9/14/2017 12:12:00 PM |
| Subject: | Update on article |

Dear Philip,

Good and bad news. I have just received this message from Jim Armitage, Business Editor of London Evening Standard:

"Hi Mark, This is extremely annoying, but the lawyers will not let me publish until we have confirmation. Gertler's PR people are denying everything and the SFO will not comment and so I've got to wait until to try and get Mashkevich's comment. Please reassure your source that the piece is going in. We have another SFO story running in tomorrow's paper, so will package them up together"

I will call you later

Mark


--94eb2c1bfd4a421b70055922ab50--)

From: "Mark Hollingsworth" <markhollingsworthxx@gmail.com>
To: "Phillip Van Niekerk" <phillip@calabarconsulting.co.za>
Date: 9/15/2017 1:53:02 PM
Subject: Article

Phillip,

The article will be published today in the London Evening Standard which is available at 2 pm (UK time), although not sure when it goes online. The story focuses on Mashkevich because Gertler denied everything - 100 per cent - and threatened to sue. His PR people then offered a "chapter-and-verse" briefing which the Standard does not really believe. The story includes the fact that the Kazakh government is co-operating with the SFO.

Gertler is not mentioned because I cannot prove that he was interviewed but I assume the Kazakh involvement is more important anyway. And so job done.

I have also arranged for this to be published in next week's 'Intelligence Online'.

And I have been approached by a Bloomberg reporter who is investigating Mashkevich.

I suggest that we talk later after publication of article

Mark


--f403045d13de6a309a055938326a--)