IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE:<br><br>APPLICATION OF EURASIAN NATURAL RESOURCES CORPORATION LIMITED FOR AN ORDER UNDER 28 U.S.C. § 1782 TO TAKE DISCOVERY FROM PHILLIP VAN NIEKERK<br><br>Applicant. | Case No. ~~_____~~ 8:19-cv-01843-PJM |

## <u>AMENDED</u> APPLICATION FOR AN ORDER UNDER 28 U.S.C. § 1782 TO TAKE DISCOVERY FROM PHILLIP VAN NIEKERK

HOGAN LOVELLS US LLP

~~Briana Black~~
<u>Allison J. Caplis</u>
District of Maryland Bar #~~28656~~<u>27539</u>
<u>100 International Drive</u>
~~Columbia Square~~<u>Suite 2000</u>
<u>Baltimore, MD 21202</u>
~~555 Thirteenth Street NW~~
~~Washington, DC  20036~~
~~briana.black~~<u>allison.caplis</u>@hoganlovells.com
+1 ~~202 637 5600~~<u>410 659 2700</u>

and

Pieter Van Tol
390 Madison Avenue
New York, New York  10017

*Attorneys for Applicant Eurasian Natural Resources Corporation Limited*

Based on the accompanying Memorandum of Law and Amended Declaration of Michael Gordon Roberts dated ~~June 13~~July 15, ~~2019~~2022 (the "Amended Roberts Declaration"), applicant Eurasian Natural Resources Corporation Limited ("ENRC") respectfully ~~applies to this Court~~files this amended application (the "Amended Application") for an order pursuant to 28 U.S.C. § 1782 ("Section 1782") allowing ENRC to take discovery from Phillip van Niekerk ~~("van Niekerk")~~, a Maryland resident, for use in the ~~proceeding~~proceedings brought by ENRC and currently pending before the English court (the "~~English Proceeding~~2021 Proceedings"), which ~~is~~are described more fully in the accompanying papers.  The Court previously considered, and granted, an application by ENRC (the "Original Application") in connection with another, related matter before the English court.

~~This application (the "~~The Amended Application~~"~~ (like the Original Application) meets the three requirements set forth in Section 1782 because (1) the party from whom discovery is sought, van Niekerk, resides in this District; (2) the documents and deposition testimony requested are "for use" in the ~~English Proceeding~~2021 Proceedings; and (3) ENRC is the claimant in the ~~English Proceeding~~2021 Proceedings and, as such, it qualifies as "an interested person" for purposes of Section 1782.

The four discretionary factors established in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), also weigh in favor of allowing the discovery sought by ENRC.  *First*, Mr. van Niekerk is not a participant in the ~~English Proceeding~~2021 Proceedings.  *Second*, the English legal system is receptive to assistance from the U.S. courts and the evidence obtained from van Niekerk would aid in the resolution of the ~~English Proceeding~~2021 Proceedings.  *Third*, ENRC has a good-faith basis for seeking discovery from Mr. van Niekerk and there is no evidence that allowing the discovery would circumvent any proof-gathering restrictions or policies.  *Fourth*, the discovery requests are not unduly burdensome or intrusive.  To the contrary, ENRC has narrowly

tailored the discovery to the issues in the ~~English Proceeding~~2021 Proceedings and the proposed subpoena focuses on Mr. van Niekerk's role in connection with ~~four~~ alleged leaks by ~~the defendant in the English Proceeding,~~ the Serious Fraud Office of the Government of the United Kingdom, one of the defendants in the 2021 Proceedings.

For each of these reasons, as well as the reasons set forth in the accompanying papers, ENRC respectfully requests that the Court grant the Amended Application and allow ENRC to serve Mr. van Niekerk with the subpoena attached to the Amended Roberts Declaration as Exhibit ~~8~~11.

Dated:   ~~June 14~~July 15, ~~2019~~2022

Respectfully submitted,

HOGAN LOVELLS US LLP

By: _____

~~Briana Black~~
Allison J. Caplis
District of Maryland Bar #~~28656~~27539
100 International Drive
~~Columbia Square~~Suite 2000
Baltimore, MD 21202
~~555 Thirteenth Street NW~~
~~Washington, DC  20036~~
~~briana.black~~allison.caplis@hoganlovells.com
+1 ~~202 637 5600~~410 659 2700

and

Pieter Van Tol
390 Madison Avenue
New York, New York  10017

*Attorneys for Applicant Eurasian Natural Resources Corporation Limited*

2

| | |
|---|---|
| **Summary report:** Litera® Change-Pro for Word 10.10.0.103 Document comparison done on 7/15/2022 12:51:53 PM | |
| **Style name:** Default Style | |
| **Intelligent Table Comparison:** Active | |
| **Original DMS:** iw://HLEAST/NEWYORK/9819588/3 | |
| **Modified DMS:** iw://HLEAST/NEWYORK/10569844/2 | |
| **Changes:** | |
| Add | 50 |
| Delete | 40 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 90 |